12-11-00339-CR



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 30 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

## NO. PD-0827-13

**MICHAEL DESHUN THOMPSON, Appellant**

v.

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS CHEROKEE COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i), because it does not contain a copy of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: September 25, 2013
Do Not Publish